In the Matter of VINCENT J. GRANDE III, a Suspended Attorney. [955 NYS2d 533]

Eng, P.J., Mastro, Rivera, Skelos and Hall, JJ., concur.